IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:99-cr-00030-MP

STACY RAMONE BASKIN,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 152, Motion to Change Revocation Hearing Time And/or Date, filed by Stacy Ramone Baskin. The government does not oppose the motion, and it is granted. The revocation hearing will be held on Wednesday, August 1, 2007, at 3:00 p.m.

**DONE AND ORDERED** this _15th_ day of June, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge